FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 11 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 18-3323 JH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 18 U.S.C. §§ 1153 and 1111: Second |
| **JANSEN PESHLAKAI, a.k.a.** | ) | Degree Murder. |
| **"Jensen Peshlakai,"** | ) | |
| | ) | |
| Defendant. | ) | |

# INDICTMENT

The Grand Jury charges:

On or about July 13, 2018, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **JANSEN PESHLAKAI**, an Indian, unlawfully killed John Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153 and 1111.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

10/2/2018 10:09 AM