AO 442 (Rev. 11/11) Arrest Warrant

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
18 DEC 10 PM 3:38
CLERK-ALBUQUERQUE

RECEIVED
MARSHALS SERVICE
ALBUQUERQUE, NEW MEXICO
2018 OCT 12 AM 8:27

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| JANSEN PESHLAKAI, a.k.a. "Jensen Peshlakai," | ) Case No. 18-3323 JH |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JANSEN PESHLAKAI, a.k.a. "Jensen Peshlakai,"
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 1153 and 1111: Second Degree Murder.

Date: 10/11/2018

*Issuing officer's signature*

City and state: Albuquerque, NM

Mitch Elfers, Acting Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/15/18, and the person was arrested on *(date)* 12/6/18
at *(city and state)* Farmington, New Mexico

Date: 12/6/18

*Arresting officer's signature*

Lance Roundy, Special Agent
*Printed name and title*

**U.S. Department of Justice**
Federal Bureau of Investigation

4200 Luecking Park Avenue, N.E.
Albuquerque, NM 87107

Official Business
Penalty for Private Use $300

RECEIVED
At Albuquerque NM

DEC 10 2018

CLERK

United States District Court
District of New Mexico
Office of the Clerk
Suite 270; Attn: Magistrate Division
333 Lomas Blvd. N.W.
Albuquerque, NM 87102

87102-227470

$0.47
US POSTAGE
FIRST-CLASS
062S0008469107
FROM 87401