# CLERK'S MINUTES
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | CR 18-3323 JCH | UNITED STATES vs. PESHLAKAI | |
| Hearing Date: | 12/13/2018 | Time In and Out: | 10:19/10:31 |
| Clerk: | N. Maestas | Courtroom: | Rio Grande |
| Defendant: | Jansen Peshlakai | Defendant's Counsel: | Edward O. Bustamante |
| AUSA | Allison Jaros | Pretrial/Probation: | Anthony Galaz |
| Interpreter: | N/A | | |

## Proceedings

Defense counsel requests release to halfway house; Government requests defendant remain in custody; Officer Galaz addresses Court regarding resources available at halfway house

## Custody Status

- [x] Defendant remanded to custody of United States Marshal's Service
- [ ] Conditions

## Other Ruling

- [ ]