

**DEPARTMENT OF HEALTH & HUMAN SERVICES**  INDIAN HEALTH SERVICE

Northern Navajo Medical Center
Hwy 491 N
P.O. Box 160
Shiprock, NM 87420
(505) 368-6001
Fax: (505) 368-6265

July 17, 2018

**Re: PESHLAKI, Jansen**

To Whom It May Concern:

Jansen Peshlaki is under my neurologic care for epilepsy caused by a traumatic brain injury sustained in 2013. Mr. Peshlaki's injury affected both frontal lobes of the brain leading to impairments of judgment, planning, and complex decision making. He requires 24/7 supervision for safety, medication administration, food preparation, and assistance with basic daily activities.

Thank you for your consideration.

Sincerely,

Garrett Riggs, MD, PhD
Medical Officer / Neurology