UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

Clerk's Minutes

Before the Honorable Scott W. Skavdahl

Case No. cr 18-3323 JCH                                Date: 1/28/19

Title: USA v. Jansen Peshlakai

Courtroom Clerk: J. Gonzales                    Court Reporter: Paul Baca

Court in Session: 3:22 p.m.                         Court in Recess: 3:46 p.m.

Interpreter:

Type of Hearing: APPEAL OF MAGISTRATE'S DETENTION ORDER [13] - DENIED

Total Court Time: 24 minutes

Court's Rulings/Disposition:

Attorney's Present for Plaintiff(s)            Attorney's Present for Defendant(s):

Allison Jaros                                              Edward Bustamante

Proceedings:

3:22 p.m. Court in session. Counsel enter appearances.

Mr. Bustamante argues in support of release to La Posada.

Ms. Jaros argues in opposition to release.

Mr. Bustamante continues argument in support of release to La Posada.

Court finds that there is no condition or set of conditions that will permit release of defendant – danger to the community.

3:46 p.m. Court in recess.