IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | Cr. No.: 18-03323-JCH |
| **JANSEN PESHLAKAI,** | ) ) ) | |
| Defendant. | ) ) | |

**UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

The United States of America respectfully moves this Court under Rule 16(d)(1) of the Federal Rules of Criminal Procedure to enter a stipulated protective order as to discovery that the United States will provide to Defendant Jansen Peshlakai. In support of this motion, the United States sets forth the following:

1. On October 11, 2018, the grand jury returned an indictment charging Defendant with second degree murder, in violation of 18 U.S.C. § 1153 and 1111. (Doc. 2).

2. Defendant appeared for an arraignment on December 12, 2018, and the Court entered its standard discovery order that same day. (Docs. 8-9).

3. The United States intends to disclose to counsel of the defendant materials concerning the government's investigation of this case. These materials include:

   a. Victim medical records.

4. The United States is concerned that dissemination of this type of information has significant privacy implications for the victim. The Crime Victims' Rights Act provides victims of federal offenses with the right to be treated with fairness and with respect for the victim's dignity and privacy. 18 U.S.C. § 3771 (a)(8). The statute imposes an affirmative obligation on

both the Court and the prosecution to ensure this right is protected. 18 U.S.C. §§ 3771(b)(l) and (c).

5. Rule 16(d)(1) of the Federal Rules of Criminal Procedure, titled "Protective and Modifying Orders," states that "the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief."

6. Undersigned counsel has conferred with counsel for Defendant concerning this issue. The parties have agreed that an appropriate resolution is the issuance of a protective order governing the discovery specified above.  The parties have agreed on the terms of a proposed protective order, a copy of which will be emailed to the Court contemporaneously with the filing of this motion.

7. Accordingly, the United States submits that there is good cause for the Court to enter a protective order with the following terms:

> b. The victim medical records (hereafter referred to as "confidential material") received by the defendant (through that defendant's attorney) from the United States shall not be shown or otherwise provided or disclosed to individuals other than:
>
>> i. Defendant;
>> ii. Defendant's attorney of record;
>> iii. employees of such attorney to whom it is reasonably necessary that the material be shown for the purposes of this action;
>> iv. witnesses and their counsel and potential witnesses and their counsel; and,
>> v. experts or consultants who are assisting in this action.

       Individuals to whom confidential material is shown or otherwise provided must be provided with a copy of this protective order, and agree to be bound by its terms prior to being shown or otherwise provided with any material.

c. The confidential material received by Defendant shall be used solely for the purposes of this action. Nothing in this protective order limits the defendant or the United States from disclosing material in this or related judicial proceedings, including in motions, at hearings, at trial, or in an appeal. This protective order requires, however, that the party redact any personal identifying information and other private information in accordance with Fed. R. Crim. P. 49.1.

d. Counsel for defendant and/or anyone properly assisting counsel shall not give any copies of the confidential material directly to defendant. The defendant only may review these materials in the presence of counsel.

For the foregoing reasons, the United States respectfully requests that the Court enter a stipulated protective order, the terms of which have been agreed to by both parties.

       Respectfully submitted,

       JOHN C. ANDERSON
       United States Attorney

       */s/ Electronically filed February 1, 2019*
       ALLISON C. JAROS
       Assistant U.S. Attorney
       201 Third St. NW, Suite 900
       Albuquerque, NM 87102
       (505) 224-1402
       (505) 346-7296 fax

I hereby certify that a copy of this
motion was delivered via CM/ECF
to counsel for the defendant.

*<u>Electronically filed</u>*
ALLISON C. JAROS