# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America

v.

Case No. 18-cr-3323 JCH

Jansen Peshlakai
_____
*Defendant*

## WAIVER OF PERSONAL PRESENCE AT HEARING

I, Jansen Peshlakai _____, Defendant, understand that I am scheduled for

a Motion Hearing _____ hearing on 6/4/2020 _____.
*nature of hearing*                                           *date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to

appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: 5/27/2020

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Edward O. Bustamante
_____
*Printed name of defendant's attorney*

eobatty@hotmail.com
_____
*Defendant's attorney's e-mail address*