**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO**
**MINUTE SHEET**
**BEFORE THE HONORABLE JUDITH C. HERRERA**

## Motion Hearing

| CR No: | 18-3323 JCH | USA vs. | Peshlakai | | | |
|---|---|---|---|---|---|---|
| Date: | 6/4/20 | Defendant: | Jansen Peshlakai | | Interpreter: | n/a |
| Time In/Out: | 2:30 – 3:15 | Total Time: | 45 minutes | | Hearing in: | remote - via Zoom |
| Clerk: | E. Romero | Court Reporter: | Paul Baca | Probation Officer: | R. Loya-Hobbs | |
| AUSA: | Allison Jaros | | Defendant's Counsel: | Ed Bustamante | | |

### PROCEEDINGS

2:30 Court in session – parties state appearances – all parties appearing remotely via Zoom – Defendant entered a waiver of personal appearance

Mr. Bustamante addresses Court re: motion for release; Requests defendant be released to the 3rd party custody of his sister in Oklahoma

Ms. Jaros responds – provides update on COVID-19 cases in the facility

Deputy USM G. McCoy responds – provides information re: COVID-19 cases, status of employee's health at Cibola and outlines medical treatment defendants receive upon entry/release from center

Ms. Jaros continues – requests defendant remain detained and Court deny the motion

Government's Exhibit 1 admitted

Ms. Jaros continues

Mr. Bustamante - rebuttal

Court finds defendant is a danger to the community; Court finds defendant has not shown there is an elevated risk to him in contracting COVID-19, outlines reasons and denies request for release. Ms. Jaros to submit order

3:15 Court is adjourned