IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| vs.                                      ) | Cr. No. 18-03323 JCH |
| ) | |
| **JANSEN PESHLAKAI**,                    ) | |
| ) | |
| Defendant.     ) | |

## **ORDER**

THIS MATTER comes before the Court on the defendant Jansen Peshlakai's Motion for Expedited Hearing Before an Article III Judge to Set Conditions of Release Due to Coronavirus Pandemic Threat to an At Risk Defendant (Doc. 38). On June 4, 2020, the Court held a hearing on the motion. Having considered the information presented at the hearing, the arguments of counsel, and being fully advised in the premises of the motion, the Court finds, for the reasons stated on the record, that Defendant's motion is not well-taken and should be denied.

In summary, Defendant's health concerns are general and non-specific as to what underlying medical condition he suffers from that renders him vulnerable if exposed to COVID-19. Therefore, Defendant has not shown an elevated risk or compelling reason for release. Furthermore, Defendant is housed at the Cibola County Correctional Center, where there has been no major outbreak of COVID-19, and no major exposure to the Defendant.

The Defendant continues to pose a danger to the community and a flight risk, as previously determined, for which no conditions will reasonably assure the safety of the community or the Defendant's appearance at future court proceedings.

IT IS THEREFORE ORDERED that the defendant's motion for release (Doc. 38) is denied.

_____
THE HONORABLE JUDITH C. HERRERA
Senior United States District Judge

Submitted by:
Allison C. Jaros
Assistant U.S. Attorney