IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Crim. No. 18-CR-3323-JCH |
| | ) |
| **JANSEN PESHLAKAI**, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

The United States respectfully notifies the Court that AUSA Allison Jaros withdraws as counsel of record for the United States.  The United States requests all future notices, pleadings and correspondence continue to be delivered to counsel of record Frederick Mendenhall.

Respectfully submitted,

FRED J. FEDERICI
Acting United States Attorney

/s/ *Electronically filed June 10, 2021*
ALLISON C. JAROS
Assistant U.S. Attorney
Post Office Box 607
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that on June 10, 2021, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/ Filed Electronically*
Allison C. Jaros
Assistant U.S. Attorney