IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Cr. No 18-3323 JH. |
| JANSEN PESHLAKAI, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' UNOPPOSED MOTION TO DISMISS THE INDICTMENT PURSUANT TO PLEA AGREEMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America moves this Court to dismiss the Indictment (Doc. 2) as to Defendant Jansen Peshlakai. As grounds, the dismissal is warranted under the terms and conditions of the Plea Agreement (Doc. 76 at ¶ 20(a)).  Defense Counsel is unopposed to this motion.

WHEREFORE, the United States respectfully requests this motion be granted and that the Court dismiss the Indictment (Doc. 2) as to Defendant Jansen Peshlakai.

Respectfully submitted,

ALEXANDER M.M. UBALLEZ
United States Attorney

*/s/ Electronically on September 20, 2022*
FREDERICK T. MENDENHALL
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that on September 20, 2022,
I filed the foregoing electronically through
the CM/ECF system, which caused counsel
of record to be served by electronic means on
this date, as more fully reflected on the
Notice of Electronic Filing.

*/s/*
FREDERICK T. MENDENHALL
Assistant U.S. Attorney